# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. __90-CR-868-NCR__

__U.S.A.__
    Plaintiff(s),

v.
__MITCHELL, ET AL__ /
    Defendant(s).

### CLERK'S NOTICE OF INTENT TO DISPOSE OF EXHIBITS

    Pursuant to Local Rule 5.3(c), the Clerk's Office in the Southern District of Florida is in the process of purging exhibits introduced into evidence by parties.

**Rule 5.3(c) Removal of Exhibits.** All models, diagrams, books, or other exhibits received in evidence or marked for identification in any action or proceeding shall be removed by the filing party within three (3) months after final adjudication of the action or proceeding and disposition of any appeal. Otherwise, such exhibits may be destroyed or otherwise disposed of as the Clerk of the Court may deem proper.

    Our records indicate that exhibits attached to docket entry no. _265_, were introduced into evidence by _plaintiff_ in the above matter. If you submitted such exhibits and wish to retain these exhibits, you must make arrangements to retrieve them by calling the Clerk's Office at _Fort Lauderdale (954-769-5400)_ within 20 days of the date of this letter. If you do not contact us within this period, the exhibits will be **destroyed.**

    Done at _Fort Lauderdale_, Florida this _10TH_ day of _February_, 20_17_.

                                        Steven M. Larimore
                                          Court Administrator • Clerk of Court

                                          By: _Dimas Rodriguez_
                                                Deputy Clerk

c: All counsel of record

06/25/2013

